UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DWANVAE PEARSON,

    Plaintiff

v.

G. CARPENTER, et al.,

    Defendants

Case No.: 3:21-cv-00204-ART-CSD

**Order**

    Plaintiff was incarcerated within the Nevada Department of Corrections (NDOC) when he filed a pro se civil rights action under 42 U.S.C. § 1983.

    The court screened his second amended complaint (SAC) and allowed him to proceed with an Eighth Amendment deliberate indifference to serious medical needs claims against G. Carpenter, D. Jones, S. Ray, M. Minev, Dr. Martin, and Warden Gittere. (ECF No. 14.)[1]

    On September 26, 2022, Defendants filed a motion for summary judgment. (ECF Nos. 36, 36-1 to 26-8, 28-1 to 38-3.) Plaintiff filed a response. (ECF Nos. 41, 42.) Defendants filed a reply. (ECF No. 43.) Defendants' reply brief was returned as undeliverable noting that Plaintiff has been paroled. (ECF No. 44.)

    A party must immediately file with the court written notification of any change of contact information, and failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court. LR IA 3-1.

---

[1] Defendants Carpenter and Ray were subsequently dismissed without prejudice due to lack of timely service under Federal Rule of Civil Procedure 4(m). (ECF No. 35.)

Plaintiff has up to and including **May 8, 2023**, to file and serve his updated contact information as well as a notice of his intent to continue prosecute this action. A failure to do so will result in a recommendation that this action be dismissed with prejudice under Local Rule IA 3-1 and Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED**.

Dated: April 17, 2023

                                              Craig S. Denney
                                              United States Magistrate Judge